# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: 8:25-cv-01100-AB-PD | Date: July 15, 2025 |
|---|---|

| Title: | *Ameris Bank v. Quality Lines, Inc. et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution.  *Link v. Wabash R. Co.*, 370 U.S. 626 (1962).

The below time period(s) has not been met.  Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before July 22, 2025,** why this action should not be dismissed for lack of prosecution.  This matter will stand submitted upon the filing of Plaintiff's response.  *See* Fed. R. Civ. P. 78.  Failure to respond will be deemed consent to the dismissal of the action.

☒ Defendants Quality Lines, Inc. and Ronald Smith did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.